# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> ST-ERICSSON, INC. <br><br> Defendant. | C.A. No.: 6:12-cv-00845-LED <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiff MOSAID Technologies Incorporated ("MOSAID"), and Defendant ST-Ericsson Inc. ("STE"), Agreed Motion (Doc. No. 26) to Dismiss with Prejudice all of MOSAID's claims against STE in the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(2). Having considered the motion, the Court finds that it is well taken and it is hereby GRANTED, it is hereby

ORDERED that all claims asserted by Plaintiff MOSAID in this action are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**It is SO ORDERED.**

**SIGNED this 7th day of October, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE